# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2007

134020

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF ELENA STOYKA, by Michelle
Stoyka, Personal Representative, and MICHELLE
STOYKA and MICHAEL STOYKA, Individually,
            Plaintiffs-Appellees,

v

MT. CLEMENS GENERAL HOSPITAL, and DR.
MICHAEL KITTO,
            Defendants-Appellees,
and

MACOMB EMERGENCY CARE PHYSICIANS,
P.C., and DR. ROBERT FABER,
            Defendants-Appellants,
and

ST. JOSEPH MERCY OF MACOMB and DR.
HARRY ARETAKIS,
            Defendants.

_____/

SC: 134020
COA: 271970
Macomb CC: 04-002686-NH

On order of the Court, the application for leave to appeal the April 19, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the plaintiffs' notices of intent met the requirements set forth in MCL 600.2912b(4) and *Roberts v Mecosta Co General Hosp (After Remand)*, 470 Mich 679 (2004). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2007

Clerk

t1009